IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JANE DOE,

    Plaintiff,

    v.

EMORY UNIVERSITY, INC.,

    Defendant.

CIVIL ACTION FILE
NO. 1:21-cv-04859-TWT

**OPINION AND ORDER**

This is an action under Title IX of the Education Amendments of 1972. It is before the Court on the Defendant's Motion to Dismiss [Doc. 6]. The Plaintiff sought and was granted leave to amend her Complaint in response to the Motion to Dismiss, and the Defendant has since filed a new Motion to Dismiss [Doc. 21] as to the First Amended Complaint. Accordingly, the Court DENIES the original Motion to Dismiss [Doc. 6] as moot.

SO ORDERED, this ___28th___ day of July, 2022.

THOMAS W. THRASH, JR.
United States District Judge